| | |
|---|---|
| City and state: Dayton, Ohio | Michael J. Newman/United States District Judge |
| | *Printed name and title* |

This warrant was received on *(date)* 5/12/2022, and the person was arrested on *(date)* 5/17/2022 at *(city and state)* Dayton, OH

Date: 5/17/2022

*Arresting officer's signature*

Logan Evans, DUSM

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Harley Michael Peterson

Known aliases:

FILED 2022 MAY 17 SOUTHERN DISTRICT

Case: 3:22-cr-00047-MJN Doc #: 4 Filed: 05/17/22 Page: 2 of 2 PAGEID #: 24
Case: 3:22-cr-00047-MJN Doc #: 3 Filed: 05/12/22 Page: 3 of 3 PAGEID #: 20

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Harley Michael Peterson<br>*Defendant* | )<br>)<br>) Case No. 3:22-cr-047<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Harley Michael Peterson**,
who is accused of an offense based on the violation report dated May 11, 2022

Indictment     ☐ Superseding Indictment     Information     ☐ Superseding Information     ☐ Complaint

Probation Violation Petition     Supervised Release Violation Petition     X Violation Notice     ☐ Order of the Court

#1-Harley Michael Peterson is alleged to have violated the special condition, "The defendant shall not subscribe to any computer online service, nor shall the defendant access any Internet service during the length of his/her supervision, unless approved in advance in writing by the United States Probation Officer. The defendant may not possess Internet capable software on any hard drive, disk, floppy disk, compact, disk, DVD, diskette, magnetic tape, or any other electronic storage media, unless specifically approved in advance in writing by the United States Probation Officer." During a home contact on April 19, 2022, the probation officer discovered Mr. Peterson was in possession of an internet capable, Motorola XT2093DL android smartphone.

#2-Harley Michael Peterson is alleged to have violated the special condition, "The defendant shall not have contact with any minor child without being supervised by an adult family member of the child." During a home contact on 4/19/22, the pr officer observed Mr. Peterson and his 16 year old brother home alone.

#3- Harley Michael Peterson is alleged to have violated the special condition, "The defendant shall not view, possess or have under his control, any nude depictions of children, sexually oriented or sexually stimulating materials, including visual, auditory, telephonic, or electronic media, computer programs or services. The defendant shall not patronize any place where s material or entertainment is the primary source of business. The defendant shall not utilize any sex-related telephone numbers." On April 19, 2022, the probation officer noticed Mr. Peterson had visited sexually explicit websites on his smartphone.

**Date:** May 12, 2022

*s/Michael J. Newman*
*Issuing officer's signature*